# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**MICHAEL STEVEN PODRYBAU,**
**Defendant.**

**Case No: 25-cr-40027-TC**
**AUSA: Sara Walton**
**Defendant: Kirk Redmond, AFPD**

| | | | |
|---|---|---|---|
| **JUDGE:** | **Judge Rachel E. Schwartz** | **DATE:** | **May 15, 2025** |
| **DEPUTY CLERK:** | **Dorothy Kliem** | **TAPE/REPORTER:** | **FTR Network @ 1:31 p.m.**<br>**Bifurcated to 2:05 p.m.** |
| **INTERPRETER:** | ___________________ | **PROBATION:** | **Brett Boatwright** |

## PROCEEDINGS

☒ **Initial Appearance – 10 min.**
☒ **Arraignment – 3 min.**
☐ Detention Hearing – min.
☐ Initial Revocation Hearing – min.
☐ Initial Rule 5(c)(3) – min.
☐ Preliminary Hearing – min.
☐ Bond Hearing – min.
☐ Bond Revocation Hearing – min.
☐ Status Conference – min.

☐ Defendant sworn
☒ **Examined re: financial status**
☒ **Counsel appointed**
☒ **Constitutional Rights Explained**
☒ **Charges and penalties explained to defendant** ☒ **Felony** ☐ Misdemeanor
☒ **Advised of Due Process Protections Act**
☒ **Waived Reading of:** ☐ Read to Defendant:
☒ **Indictment**
☐ Information
☐ Complaint
☒ **Counts: 1-2**
☐ Guilty ☒ **Not Guilty**
☐ Bond Revoked ☐ Continued on present conditions ☐ Release Order executed ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☒ **Oral motion by Defendant to continue Detention Hearing. The court grants the continuance.**
☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**
☒ **Status Conference: June 11, 2025, at 9:00 a.m. before Judge Crouse in Topeka Courtroom 401.**
☒ **Defendant's next appearance: Detention Hearing on May 19, 2025, at 1:30 p.m. before Judge Schwartz in Topeka Courtroom 404.**

**OTHER: Defendant appears in person, in custody and the court appoints Kirk Redmond. Government moves for detention. Defendant requests a continuance of the motion for detention hearing. The Court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.**