**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**MICHAEL STEVEN PODRYBAU,**
**Defendant.**

**Case No: 25-cr-40027-TC**
**AUSA: Sara Walton**
**Defendant: Kirk Redmond, AFPD**

| | | | |
|---|---|---|---|
| **JUDGE:** | **Judge Rachel E. Schwartz** | **DATE:** | **May 19, 2025** |
| **DEPUTY CLERK:** | **Dorothy Kliem** | **TAPE/REPORTER:** | **FTR Network @ 1:32 p.m.** |
| **INTERPRETER:** | ________________ | **PROBATION:** | **Brett Boatwright** |

**PROCEEDINGS**

☐ Initial Appearance – min.
☐ Arraignment – min.
☐ Detention Hearing – min.
☐ Initial Revocation Hearing – min.
☐ Initial Rule 5(c)(3) – min.
☐ Preliminary Hearing – min.
☐ Bond Hearing – min.
☐ Bond Revocation Hearing – min.
☒ **Status Conference – 8 min.**

☐ Defendant sworn
☒ **Constitutional Rights Explained**
☐ Examined re: financial status
☐ Counsel appointed

☐ Bond Revoked ☐ Continued on present conditions ☒ **Release Order executed** ☐ Remanded to Custody

☒ **Release ordered – Oral motion (ECF No. 3) found as MOOT.**

**OTHER: Defendant appears in person, in custody and with counsel Kirk Redmond. The government no longer requests detention. The Court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.**