UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  25-40027-TC |
| | ) | |
| | ) | |
| MICHAEL STEVEN PODRYBAU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FORFEITURE BILL OF PARTICULARS

The United States of America, by and through the undersigned and pursuant to Federal Rule of Criminal Procedure 32.2, gives notice to the defendant that the United States seeks forfeiture as set out below:

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 and 2 of the Indictment (Doc. 1) are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 1467(a)(1) and 2253(a).

2.      Upon conviction of one or more of the offenses set forth in Counts 1 and 2 of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467(a)(1) and 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

A.      Black 8GB generic microSD card with white USB card reader;

B.      Black Apple iPhone A1387 EMC2430 -IMEI 990001B2472177 - serial number DX3JLFTDTCl;

1

C.    Black LG lM-X420AS8 with IMEI 355825-10-069212-9 with serial number 98HUVT0023983;

D.    Dark blue Motorola with IMEI (on tray) 353739480685623-XT2213-2;

E.    Bluish silver Samsung tablet with serial number R9TR50E1QNJ;

F.    Black Toshiba Qosmio laptop Qosmio X75-A7298 with serial number XD042109C;

G.    SanDisk SDSSDA-240G 240GB SATA solid state drive with serial number 171646465408;

H.    HGST 1W100821TB SATA hard drive with serial number WX41A68PZJRK;

I.    Black generic desktop with SpiriTech power (homebuilt) with no printed model or serial number;

J.    Silver SanDisk 64GB USB BN200357923W;

K.    Crucial 256GB solid state drive CBNEXOE031with serial number 11490323E854;

L.    Black PowerSpec model G511 desktop with serial number G02012251667; and

M.    Toshiba MQOlABD1OO 1 TB SATA hard drive with serial number Y7JJPT23T.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

 /s/ Sara L. Walton
Sara L. Walton
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: sara.walton@usdoj.gov
Ks. S. Ct. No. 24106

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that on August 11, 2025, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will electronically provide notice and copies to the attorneys of record.

 /s/ Sara L. Walton
Sara L. Walton
Assistant United States Attorney