UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | |
| **vs.** | ) | Case Number: **25-40027** |
| **MICHAEL STEVEN PODRYBAU,** Defendant. | ) | Date of Hearing: **11/12/25** |

**CRIMINAL MINUTE SHEET – STATUS CONFERENCE**

| | |
|---|---|
| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **3 minutes** |

**APPEARANCES:** **parties appear: IN PERSON**

- United States of America: **Sara Walton**
- Defendant's counsel: **Kirk Redmond**
- Defendant: **On Release – Not Present – Waiver filed**

**NATURE OF HEARING:**

Mr. Redmond requests more time to explore, address and counsel Mr. Podrybau relative to how the potential options he has facing him will affect him and his life going forward. The Government does not object.

**The Court sets a Status Conference for December 10, 2025 at 1:00 p.m. in Courtroom 401 before Judge Crouse.**

Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 12/10/25 as to Defendant Podrybau.

Defendant remains on pretrial release.