IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PODRYBAU,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Case No. 5:25-CR-40027-TC |

**UNITED STATES' NOTICE TO THE COURT**

Comes now the United States of America, by and through its attorney, Sara L. Walton, Assistant United States Attorney for the District of Kansas, and hereby gives notice to the Court that to the best of its knowledge the investigation and/or prosecution of this action:

☐ Involved the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present; or

☒ Did not involve the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

/s/ Sara L. Walton

Sara L. Walton, #24106 Assistant
United States Attorney District of
Kansas
444 SE Quincy, Suite 200
Topeka, KS 66683
Phone: (785) 295-2680
sara.walton@usdoj.gov